1    **WO**

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9    Barbara Chandler,                    )      No. CV-06-1564-PHX-LOA
                                          )
10                  Plaintiff,            )      **ORDER**
                                          )
11   vs.                                  )
                                          )
12   Joseph Pena and Denise McKenna Pena,)
     husband and wife,                    )
13                                        )
                    Defendants.           )
14   _____)

15

16        This Court is in receipt of the parties' Notice of Settlement (docket # 25), filed June

17   19, 2007.

18        **IT IS ORDERED** that the parties shall finalize their settlement papers and submit a

19   Stipulation to Dismiss this case and Order on or before **July 20, 2007.** If the parties are

20   unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall

21   submit a Joint Status Report on or before **July 20, 2007**, on why additional time is necessary

22   to finalize this matter.

23        DATED this 21st day of June, 2007.

24

25

26                                      Lawrence O. Anderson
                                        United States Magistrate Judge

27

28