**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| BARBARA CHANDLER, a single woman, | No. CV-06-01564-PHX-LOA |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| JOSEPH PENA and DENISE McKENNA PENA, husband and wife, | |
| Defendants. | |

Based upon the Stipulation of the parties, and good cause appearing, the above-entitled matter is dismissed with prejudice.

DATED:      July 10, 2007

_____

Lawrence O. Anderson
United States Magistrate Judge

1794556.1
7/10/07